**Order entered September 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00533-CR

**RAMIRO PAYAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-72851-Y**

## ORDER

This is the fifth order this Court has had to issue regarding the exhibits in this case. On September 10, we ordered Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file a supplemental record containing all of the exhibits, including Defendant's Exhibit no. 2, by September 17, 2014. We further warned Ms. Hazlewood that no further extensions would be granted. Nevertheless, to date, Ms. Hazlewood has neither filed the supplemental record with the exhibits nor communicated with the Court regarding the supplemental record.

Accordingly, we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court to file, by **5:00 P.M. ON OCTOBER 2, 2014**, a supplemental record containing

all of the exhibits admitted into evidence during trial, including Defendant's Exhibit no. 2, a video CD.

We further **ORDER** that Ms. Hazlewood not sit as a court reporter until she has filed the exhibits in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE